# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOC. FOR CHILDREN AND ADULTS WITH DEVELOPMENTAL DISABILITIES, suing on behalf of its members,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>MASALA SPICES OF INDIA; MONSOON INVESTMENTS, INC.; LEE YUN SOOK; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 07-CV-0304-JM (AJB)<br><br>**ORDER GRANTING MOTION TO DISMISS** |

Based upon the plaintiffs' motion to dismiss [Docket No. 3],

IT IS HEREBY ORDERED the motion to dismiss is granted; that all defendants are dismissed with prejudice from plaintiffs' complaint; and plaintiffs' complaint is dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

DATED:   May 3, 2007

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　United States District Judge

cc: All Parties

07CV0304